FILED BY _____ D.C.

05 AUG 17 AM 10: 22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

CARLOS B. HOBSON,

    Plaintiff,

vs.

                                            Case No.   04-2691 D

CITY OF MEMPHIS, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

On April 28, 2005, Defendants Officer Andre Nelson and Officer Tina Leborgen filed a Motion to Dismiss. Pursuant to Fed.R.Civ. P. 12(b)(1), Plaintiff is required to respond to the motion within thirty (30) days. To date, Plaintiff has not responded to Defendants' motion, nor sought additional time to respond.

Accordingly, the court hereby orders Plaintiff to show cause why Defendants' Motion to Dismiss should not be granted. Plaintiff has fifteen (15) days from the date of the entry of this order to file a response. If Plaintiff fails to response, the motion will be decided on the existing record without further notice.

IT IS SO ORDERED this 16th day of August 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  8-18-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 2:04-CV-02691 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Tim W. Smith
LAW OFFICE OF TIM W. SMITH
352 Poplar View Lane, E.
Collierville, TN 38017

Carlos B. Hobson
6206 Ashton
Memphis, TN 38134

Honorable Bernice Donald
US DISTRICT COURT