IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

FILED BY _____ D.C.

05 SEP 26  PM 4: 02

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| CARLOS B. HOBSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Docket No. 04-2691-DP |
| | ) | |
| CITY OF MEMPHIS, OFFICER ANDRE | ) | |
| NELSON, Individually and in his Official | ) | |
| Capacity as a Memphis Police Officer, | ) | |
| and TINA LEBORGNE, Individually and in her | ) | |
| Official Capacity as a Memphis Police Officer, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER GRANTING LEAVE TO FILE REPLY

Before the Court is the September 21, 2005, motion by Defendants Officer Andre Nelson and

Officer Tina LeBorgne for leave to file reply to Plaintiff's Response to Order to Show Cause and

Plaintiff's Response to Defendant Officers' Motion to Dismiss. For good cause shown, the motion

is granted and the reply attached to Defendant's motion for leave to file reply shall be deemed filed

as of the date of entry of this order.

IT IS SO ORDERED this 26 day of September , 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/ r 79(a) FRCP on ___9/27/05___

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:04-CV-02691 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Carlos B. Hobson
6206 Ashton
Memphis, TN 38134

Tim W. Smith
LAW OFFICE OF TIM W. SMITH
352 Poplar View Lane, E.
Collierville, TN 38017

Henry L. Klein
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave.
Ste. 400
Memphis, TN 38119--397

Deborah A. Godwin
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Barbaralette G. Davis
CITY ATTORNEY'S OFFICE
125 N. Main Street
Ste. 314
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT